# Holland & Knight

50 North Laura Street, Suite 3900 | Jacksonville, FL 32202 | T 904.353.2000 | F 904.358.18

Holland & Knight LLP | www.hklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/8/2025___

Frank E. Morreale
+1 904-798-5466
Frank.Morreale@hklaw.com

May 7, 2025

**BY ECF**

The Honorable Analisa Torres, U.S.D.J.
The United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Arena Investors, LP ("Arena") v. Gresham Worldwide, Inc. ("Gresham")*,
              No. 24-cv-8557(AT) (S.D.N.Y. removed November 12, 2024)

Dear Judge Torres:

      We represent plaintiff Arena and submit this joint letter on behalf of both parties pursuant to Rule I.C. of Your Honor's Individual Practices in Civil Cases to adjourn the case management conference scheduled for May 12, 2025 at 10:00 a.m. [ECF. No. 10 at ¶ 15] for two months.

      The parties jointly request this adjournment because this action remains subject to the automatic stay of *In re: Gresham Worldwide, Inc.*, Case No. 2:24-bk-06732-SHG (D. Ariz.). Additionally, the parties, through bankruptcy counsel, are actively engaged in settlement negotiations that may fully resolve this dispute.

      There have been no previous requests to adjourn the case management conference.

                 Respectfully submitted,

                 HOLLAND & KNIGHT LLP

                 */s/ Frank Morreale*

                 Frank Morreale

GRANTED. The case management conference scheduled for May 12, 2025, is ADJOURNED to **July 21, 2025, at 10:00 a.m.** By **July 14, 2025**, the parties shall file a joint status update that addresses settlement and whether the parties intend to proceed with the case management conference as scheduled. If the parties intend to proceed with the conference, the status update shall detail the issue(s) the parties intend to address, if any, at the conference.

SO ORDERED.

Dated: May 8, 2025
      New York, New York

                            **ANALISA TORRES**
                         **United States District Judge**